# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA YARAS, | CASE NO.: 2:18-cv-02510-DSF-MRW |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its or her own fees and costs.

IT IS SO ORDERED.
Date: May 10, 2019

_____
Dale S. Fischer
United States District Judge